UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Feng Ying Zheng,                                                     Civil No. 07-1277 (PAM/JSM)

          Plaintiff,

v.                                                                                                       **ORDER**

Michael Chertoff, et al.,

          Defendants.

---

Plaintiff Feng Ying Zheng states that dismissal is warranted pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) because this matter has been resolved and because no Defendant has served an answer or filed a motion for summary judgment.  (See Motion to Dismiss, Docket No. 5.)  Accordingly, **IT IS HEREBY ORDERED** that:

1. The claims asserted by Plaintiff Feng Ying Zheng are **DISMISSED with prejudice**; and

2. Each party shall bear its own attorneys' fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 26, 2007

                                                  s/ Paul A. Magnuson
                                                  Paul A. Magnuson
                                                  United States District Court Judge